Hotel Halcyon Corporation, a Corporation, Appellant, v. Miami Electric Light & Power Company, a Corporation, Appellee.

An Appeal from the Circuit Court for Dade County.

Appeal dismissed on motion of counsel for Appellee.

*Thomas B. Everhart,* for Appellant;

*Brown & Stokes* and *Robert H. Anderson,* for Appellee.

Iva T. Sanborn and W. J. Sanborn, Appellants, v. T. J. Dempsey et al., Appellees.

An Appeal from the Circuit Court for Orange County.

Appeal dismissed on motion of counsel for the respective parties.

*Durrance & Lemire,* for Appellants.

*C. P. Dickinson* and *Leroy B. Giles,* for Appellees.

Luther P. Austin, Plaintiff in Error, v. Consolidated Land Co., a corporation, Defendant in Error.

A Writ of Error to the Circuit Court for Highlands County.

Writ of Error dismissed on motion of counsel for the respective parties.